# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CARLOS B. WOLFE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 2:11-CV-1807-VEH-PWG |
| | ) |
| **ALABAMA DEPARTMENT OF CORRECTIONS,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The magistrate judge filed a report and recommendation on June 10, 2011, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. (Doc. 3.) No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** this the 11th day of July, 2011.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge